

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00278-CV

PATRICIA O'LINDA SCOTT                                      APPELLANT

V.

SERPRO LOGISTICS, NEUSE                                     APPELLEES
MANAGEMENT, LLC US. 1391104,
MIGUEL ANGEL MAIRENA, AND
EDWIN HERNANDEZ

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-277174-15

----------

## MEMORANDUM OPINION[1]

----------

On September 1, 2015, we notified Patricia O'Linda Scott (i) of our concern that we lack jurisdiction over her attempt to appeal an order granting summary judgment in favor of Serpro Logistics and Neuse Management Transport

---

[1]*See* Tex. R. App. P. 47.4.

because the order does not appear to be a final judgment or an appealable interlocutory order and (ii) that unless she or any party desiring to continue the appeal filed a response on or before September 11, 2015, showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction.[2] *See* Tex. R. App. P. 42.3(a), 44.3.  We have received no response.  Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  October 8, 2015

---

[2]The order neither disposes of all defendants nor states with unmistakable clarity that it is a final judgment.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (explaining that a judgment is final for purposes of appeal if it (1) actually disposes of all claims and parties or (2) states with unmistakable clarity that it is a final judgment).